# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR LEE KIRKSEY,** | } |
| Petitioner, | } |
| v. | } Case No.: 2:13-CV-419-RDP-JEO |
| **CHERYL PRICE; THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } |
| Respondents. | } |

## MEMORANDUM OPINION

On October 16, 2015, the Magistrate Judge's Report and Recommendation (Doc. #10) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On November 9, 2015, Petitioner filed objections to the Magistrate Judge's Report and Recommendation. (Doc. #13).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the habeas petition be denied and this action be dismissed with prejudice because Petitioner's claims are without merit.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 3, 2016.

*[signature]*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE